UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Siegfried D. White, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Professional Transportation, Inc., ) <br> Ronald D. Romain, and Andre ) <br> Mayfield, ) <br> ) <br> Defendants. ) <br> ) <br> ) | CIVIL ACTION <br> NO. 1:14-cv-00986-AT-ECS |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants file this Motion to Dismiss some of plaintiff claims in this action on grounds that the Complaint fails to state a claim upon which relief can be granted as to such claims. Specifically:

1.   Plaintiff's Title VII claims against individual defendants Mayfield and Romain should be dismissed because there can be no individual liability under Title VII;

2.   Plaintiff's Section 1981 claims against Romain must be dismissed because Romain was not involved in any challenged employment action or other alleged discrimination or retaliation alleged in the Complaint; and

3. Plaintiff's claim for Intentional Infliction of Emotional Distress under Georgia law fails as to each Defendant because the Complaint fails to alleged facts sufficient to support such a claim against either Defendant.

Wherefore, as more fully discussed in the Memorandum of Law in Support of Defendants Motion to Dismiss filed simultaneously herewith, Defendants respectfully requests that the above claims be dismissed in their entirety with prejudice and that the Court grant to Defendants such other relief as it deems appropriate.

Respectfully submitted this 3rd day of July, 2014.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

 s/C. Garner Sanford, Jr.
C. Garner Sanford, Jr.
GA Bar No. 005020
Email:garner.sanford@ogletreedeakins.com
Mark Johanson
Ga Bar No. 146490
Email: mark.johanson@ogletreedeakins.com
One Ninety One Peachtree Tower
191 Peachtree St. NE, Suite 4800
Atlanta, GA 30303
Telephone: 404.881.1300
Fax: 404.870.1732

Attorneys for Defendants Professional Transportation, Inc., Ronald D. Romain, and Andre Mayfield

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Siegfried D. White,<br><br>      Plaintiff,<br><br>vs.<br><br>Professional Transportation, Inc.,<br>Ronald D. Romain, and Andre<br>Mayfield,<br><br>      Defendants. | CIVIL ACTION<br>NO. 1:14-cv-00986-AT-ECS |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(D)**

This is to certify that the above motion and memorandum in support of same were prepared using Times New Roman 14 point font in accordance with Local Rule 5.1(C).

This 3rd day of July, 2014.

                                                *s/C. Garner Sanford, Jr.*
                                                C. Garner Sanford, Jr.
                                                GA Bar No. 005020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Siegfried D. White, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| Professional Transportation, Inc., Ronald D. Romain, and Andre Mayfield, | ) ) CIVIL ACTION ) NO. 1:14-cv-00986-AT-ECS ) ) |
| Defendants. | ) ) ) ) |

**CERTIFICATE OF SERVICE**

I certify that on July 3, 2014, I electronically filed **DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, **as well as sending a copy to Plaintiff via U.S. Mail to the following address:**

Mr. Siegfried D. White
2900 Landrum Drive, SW
Apt. 71
Atlanta, GA 30311

*s/C. Garner Sanford, Jr.*
C. Garner Sanford, Jr.
GA Bar No. 005020