```
                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE NORTHERN DISTRICT OF GEORGIA
                              ATLANTA DIVISION
```

| | |
|---|---|
| SIEGFRIED D. WHITE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 1:14-CV-986-AT-ECS |
| PROFESSIONAL TRANSPORTATION, : | |
| INC. et al., : | |
| : | |
| Defendants. : | |

**NOTICE TO PRO SE PLAINTIFFS**

Plaintiffs proceeding pro se (without an attorney) before the undersigned magistrate judge are **ADVISED** that they must comply with the Federal Rules of Civil Procedure, as well as the Local Rules of this Court. Plaintiffs are encouraged to familiarize themselves with the rules, as well as the laws applicable to the case. To that end, the Court advises that pro se plaintiffs may obtain certain basic materials and hand-outs from the Office of the Clerk of Court located on the 22nd Floor of the United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, 30303, and they may also utilize the law library located on the 23rd floor at the same address.

Among other requirements under the rules, pro se plaintiffs are **REQUIRED** to provide the Clerk with an original and one copy of any further pleadings or other papers filed with the Court after the Complaint and are further **REQUIRED** to **SERVE** upon the

AO 72A
(Rev.8/82)

defendant(s) or counsel for the defendant(s),[1] by mail or by hand delivery under Rule 5 of the Federal Rules of Civil Procedure, a copy of every additional pleading or other paper described in Rule 5 of the Federal Rules of Civil Procedure.

Each pleading or paper described in Rule 5, including pleadings, papers related to discovery required to be served, motions, notices, and similar papers, shall include a certificate stating the date on which an accurate copy of that pleading or document was mailed or hand-delivered to the defendant(s) or their counsel. This Court shall disregard any papers submitted which have not been properly filed with the Clerk, or which do not include a certificate of service.

Plaintiffs are also **ADVISED** that, under Local Rule 7, "PLEADINGS ALLOWED; FORM OF MOTIONS," if the deadline for a response to a motion passes without a response being filed, the motion is deemed unopposed. See LR 7.1B, NDGa. Furthermore, under Local Rule 56.1, the failure by a respondent to controvert the movant's statement of material facts will be taken as an admission of those facts not controverted in respondent's statement.

Plaintiffs are further **REQUIRED** to keep the Court advised of their current address and telephone number at all times during

---

[1] Once counsel for a defendant has appeared in the case, it is not necessary to serve the defendant individually; service on counsel is sufficient.

2

the pendency of the lawsuit.

This 3rd day of July, 2014.

 s/ *E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE